UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NOVO NORDISK A/S, et al.,

                                    Plaintiffs,

        v.

REVENGE MD CORP.,

                                    Defendant.

Case No. 2:25-cv-00652-ART-BNW

ORDER ADOPTING REPORT AND
RECOMMENDATION

Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. bring this action against Defendant Revenge MD Corp. alleging violations of 15 U.S.C. § 1125(a)(1)(B) for false and misleading advertising and NRS 598.0915 for deceptive trade practices. (ECF No. 1.) Before the Court is Magistrate Judge Brenda Weksler's report and recommendation (R&R). (ECF No. 17). The R&R recommends that the Court strike Defendant's answer (ECF No. 5) and enter default against Defendant for its failure to defend.

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Defendant has not objected to Judge Weksler's R&R, and its time to do so has now expired. The Court agrees with Judge Weksler's reasoning and adopts her R&R in full. On January 12, 2026, Judge Weksler granted the Motion to Withdraw (ECF No. 11) filed by then-counsel of Defendant (ECF No. 12.) Judge Weksler ordered Defendant to obtain new counsel, file a notice of appearance by February 11, 2026, and directed counsel to serve a copy of the minute order on

1

the Defendant. (*Id.*) Judge Weksler warned that a failure to obtain counsel may result in default. Defendant failed to find new counsel by the deadline and failed to response to an order to show cause why default should not be entered against it. Therefore the Court agrees that it is appropriate to strike Defendant's Answer.

**I.     Conclusion**

It is therefore ordered that Judge Weksler's report and recommendation (ECF No. 17) is ADOPTED.

It is further ordered that Defendant's Answer (ECF No. 5) is STRICKEN.

It is further ordered that default is entered against Defendant for its failure to defend this action.

The Clerk of Court is directed to mail a copy of this order and report and recommendation to Defendant at its listed address.

DATED: June 24, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2